**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| PAMELA G. MALONEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. |
| WILLIAM F. DETTMAN, III, individually | ) | |
| and as agent of DOORDASH INC., and | ) | |
| DOORDASH INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF REMOVAL

Defendant, DoorDash, Inc. ("DoorDash"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446, hereby removes the action filed as *Pamela G. Maloney v. William F. Dettman, III and DoorDash Inc.,* in the Circuit Court of Cook County, Illinois, County Department, Law Division, to the United States District Court for the Northern District of Illinois, and in support hereof, states as follows:

## PARTIES

1.      Plaintiff Pamela G. Maloney ("Maloney") is a natural person and citizen of Cook County, Illinois.

2.      Defendant William F. Dettman III ("Dettman") is a natural person and citizen of Porter County, Indiana.

3.      Defendant DoorDash is a Delaware corporation with its principal place of business in California.

## PROCEDURAL HISTORY AND BACKGROUND

4.      On July 1, 2022, Maloney filed a two-count Complaint on her behalf against Defendants in the Circuit Court of Cook County, Illinois, County Department, Law Division, as

Case Number 2022-L-005922.  ("Complaint").

5.      On or about August 2, 2022, DoorDash was served with the Summons and Complaint.  As a result, it is required to answer or otherwise plead to the Complaint by September 1, 2022.  Moreover, the deadline by which to remove is also September 1, 2022. 28 U.S.C. § 1446.

6.      Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Court Docket and filings from the Cook County lawsuit are attached hereto as **Exhibit "A."**

7.      DoorDash's counsel is concurrently filing "DoorDash's Notice of Filing Notice of Removal" in the Circuit Court of Cook County.

8.      No substantive matters have been addressed in the Circuit Court.

9.      The Complaint fails to allege the citizenship for Maloney and Dettman.  However, Complaint does allege that DoorDash "operated an online food ordering and food delivery business in the City of Chicago, County of Cook, and State of Illinois, among other locations."  *See* Composite Exhibit A, Cplt. ¶¶ 4, 4.[1]

## GROUNDS FOR REMOVAL

10.     Complete diversity of citizenship of the plaintiff and all defendants provides jurisdiction when the amount in controversy exceeds $75,000.00, pursuant to 28 U.S.C. §§ 1332(a) and 1441.  Here, Maloney is a citizen of Illinois, Dettman is a citizen of Indiana, and DoorDash is a citizen of Delaware (its place of incorporation) and a citizen of the state of California (where its principal place of business and headquarters are located).  Should Maloney succeed on her allegations that Defendants injured her, it is not a legal certainty that the claims are worth less than $75,000.00. *See Oshana v. Coca-Cola Co.,* 472 F.3d 506, 511 (7th Cir. 2006) (finding that the

---

[1] DoorDash is a Delaware corporation, with a principal place of business in California.  While the Complaint alleges that DoorDash did business in Illinois, such does not change the diversity jurisdiction analysis.

2

plaintiff can defeat jurisdiction only if "it appears to a legal certainty that the claim is really for less than the jurisdictional amount); *Kancewick v. Howard,* No. 08 C 229, 2008 WL 4542970 (N.D. Ill. Apr. 3, 2008) (damages in motor vehicle accident satisfied amount-in-controversy even though the plaintiff attempted to disclaim damages in excess of $50,000).

**I.      DOORDASH SATISFIES THE PROCEDURAL REQUIREMENTS FOR REMOVAL.**

11.     DoorDash was served with the Complaint on or about August 2, 2022. Accordingly, this Notice of Removal is timely filed as required by 28 U.S.C. § 1446(b)(1), within thirty (30) days of service, including weekends.

12.     Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal is being served upon counsel, and notice is being filed with the Circuit Court of Cook County, Illinois.

13.     Venue for removal purposes is proper in the United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. § 1441(a), because it is the district in which the state court case is pending.

14.     Defendant Dettman has consented to this removal.  A true and correct copy of the Consent required by 28 U.S.C. § 1446 is attached hereto as **Exhibit "B."**

**II.     THE COURT HAS DIVERSITY SUBJECT MATTER JURISDICTION OVER THIS ACTION.**

15.     Removal is proper under 28 U.S.C. §§ 1332(a) and 1441 when there is complete diversity of citizenship between a plaintiff and a defendant, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. *Carroll v Striker Corp.*, 658 F.2d 675, 680-81 (7th Cir. 2011).

16.     Under diversity jurisdiction, a corporation is a citizen of the state in which it is incorporated and where it has its principal place of business and headquarters is located. *Id.*

3

17.     Here, as illustrated above, there is complete diversity between Plaintiff on one hand, and Defendants on the other hand.

18.     With respect to the jurisdictional amount of $75,000, since the amount of potential damages available to Maloney are not alleged, we need to look to Maloney's Complaint.

19.     While Maloney simply alleges that her damages exceed the jurisdictional limit (which is $50,000 for a Law Division case in Cook County, Illinois), she claims she "suffered and will, in the future, suffer injuries of a personal, permanent, and pecuniary nature." *See* Exhibit A, Cplt. ¶ 8. Defendants deny that they are responsible for the injuries allegedly suffered, but taking the allegations as true, Maloney's allegations of damages satisfy the amount-in-controversy requirement.

20.     When a plaintiff does not provide specifics as to the amount sought, a good-faith estimate of the stakes is acceptable if it is plausible and supported by a preponderance of the evidence. *Oshana v. Coca-Cola Co.,* 472 F.3d 506, 511 (7th Cir. 2006).  A defendant who removes a suit in which the complaint lacks an *ad damnum* must establish a reasonable probability that the amount in controversy exceeds $75,000.  *Rising-Moore v. Red Roof Inns, Inc.,* 435 F.3d 813, 815-16 (7th Cir. 2006). The defendant simply needs to show what the plaintiff hopes to get out of the litigation.  *Id.* at 816.  Removal is improper only if it is legally certain that the recovery or cost of complying with the judgment will be less than the jurisdictional amount.  *Epstein v. Target Corp.,* 06 C 7035, 2007 WL 551552, at *4 (N.D. Ill. Feb. 15, 2007).

21.     Here, Maloney's Complaint seeks in excess of $50,000.  However, because she is seeking damages for injuries "suffered and will, in the future, suffer . . . of a personal, permanent, and pecuniary nature," DoorDash has a reasonable belief that the amount-in-controversy exceeds $75,000.00, exclusive of interest and costs. *Kancewick,* 2008 WL 4542970 (damages in motor

vehicle accident satisfied amount-in-controversy when the plaintiff, like here, claimed severe and permanent injuries); *McCoy by Webb v. General Motors Corp.,* 226 F. Supp. 2d 939 (N.D. Ill. 2002) (allegations in complaint that plaintiff suffered permanent injuries and medical bills should put a defendant on notice that the damages exceeded the jurisdictional limit).

## **CONCLUSION**

22. This action is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 because the procedural requirements for removal have been satisfied, and this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332.

**WHEREFORE**, for all the foregoing reasons, Defendant DoorDash Inc. respectfully requests that this Court exercise jurisdiction over this case and enter orders and grant relief as may be necessary to secure removal and prevent further proceedings in this matter in the Circuit Court of Cook County, Illinois, and grant such further relief as this Court deems appropriate.

Respectfully submitted,

DOORDASH, INC.,

Dated: August 25, 2022

*/s/ Timothy R. Herman*_____
By: One of its Attorneys

Timothy R. Herman
therman@clarkhill.com
Clark Hill PLC
ARDC No. 6301721
130 E. Randolph Street, Suite 3900
Chicago, IL 60601
Tel: 312-985-5950
Fax: 312-985-5574

# EXHIBIT A

## Case Summary

### Case No. 2022L005922

| | | | |
|---|---|---|---|
| **PAMELA MALONEY-vs-WILLIAM DETTMAN, III,DOORDASH, INC.** | § | Location: | **District 1** |
| | § | Judicial Officer: | **Calendar, A** |
| | § | Filed on: | **07/01/2022** |
| | § Cook County Attorney Number: | | **44667** |

---

## Case Information

| | |
|---|---|
| Case Type: | Motor Vehicle - Non Jury |
| Case Status: | **07/01/2022   Pending** |

---

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2022L005922 |
| Court | District 1 |
| Date Assigned | 07/01/2022 |
| Judicial Officer | Calendar, A |

---

## Party Information

*Lead Attorneys*

**Plaintiff**   **MALONEY, PAMELA G.**
10 S LASALLE STREET, SUITE 2424
CHICAGO, IL 60603
DOB:   08/26/1967

**Wintroub, Cary Jay**
*Retained*
312-726-1021(W)

**Defendant**   **DETTMAN, WILLIAM III**
1868 SAMUELSON ROAD,, #2B
PORTAGE, IL 46368
DOB:   08/30/1990

**DOORDASH, INC.**
901 S 2ND STREET
SUITE 201
SPRINGFIELD, IL 62704

---

## Events and Orders of the Court

08/31/2022   **First Time Case Management**   (10:00 AM)   (Judicial Officer: O'Hara, James N.)
　　　　Resource: Location L2206 Court Room 2206
　　　　Resource: Location D1 Richard J Daley Center

07/28/2022   📄
　　Postcard Generated
　　　　Party:   Defendant DETTMAN, WILLIAM III

07/28/2022   📄
　　Postcard Generated
　　　　Party:   Defendant DOORDASH, INC.

07/28/2022   📄
　　Electronic Notice Sent
　　　　Party:   Plaintiff MALONEY, PAMELA G.

07/28/2022   📄
　　Electronic Notice Sent

**Case Summary**

**Case No. 2022L005922**

Party:   Plaintiff MALONEY, PAMELA G.

| | |
|---|---|
| 07/01/2022 | New Case Filing |
| 07/01/2022 | Personal Injury (Motor Vehicle) Complaint Filed |
| | *COMPLAINT* |
| 07/01/2022 | Summons Issued And Returnable |
| | *SUMMONS - WILLIAMS* |
| 07/01/2022 | Summons Issued And Returnable |
| | *SUMMONS - DOORDASH* |

Case: 2:22-cv-00291-JPR   Document 1   Filed 06/29/22   Page 9 of 23

2120 - Served                                          21 - Served
2320 - Served By Mail                                  21 - Not Served
2420 - Served By Publication                           21 - Served By Mail
SUMMONS                          SUMMONS               21-Served By Publication

FILED
7/1/2022 1:33 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L005922
Calendar, A
18524630

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

PAMELA G. MALONEY,                    )
                                      )
            Plaintiff,                )
                                      )          2022L005922
    vs.                               )   No.:
                                      )
WILLIAM F. DETTMAN, III, individually, and )
as agent of DOORDASH, INC.,           )
DOORDASH, INC.,                       )
                                      )
            Defendants.               )

## SUMMONS

To the Defendant:        **DoorDash, Inc.**
                         **901 S. 2nd Street, Suite 201**
                         **Springfield, Illinois 62704**

YOU ARE SUMMONED and required to file an Answer in this case, or otherwise file your appearance in the office of the clerk of this court, located in the Richard J. Daley Center, Room * 801, Chicago, Illinois 60602, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS ATTACHED HERETO.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

7/1/2022 1:33 PM IRIS Y. MARTINEZ

WITNESS, _____,2022.

_____
IRIS MARTINEZ, Clerk of Court

Date of service: _____,2022.
(To be inserted by officer on copy left with defendant or other person)

Attorney No. 44667
Cary J. Wintroub & Associates, LLC
10 S. LaSalle Street, Suite 2424
Chicago, Illinois 60603
Tel:  (312) 726-1021
*Attorneys for Plaintiff*

**IRIS MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

FILED DATE: 7/1/2022 1:33 PM   2022L005922

Case: 2:22-cv-00291-JPK   document 1   filed 08/26/22   page 10 of 23

2130 - Served 2110 - Served
2220 - Not Served
2320 - Served By Mail
2420 - Served By Publication
SUMMONS

SUMMONS

21 - Served
21 - Not Served
21 - Served By Mail
21-Served By Publication

FILED
7/1/2022 1:33 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L005922
Calendar, A
18524630

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| PAMELA G. MALONEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2022L005922 |
| vs. | ) | No.: |
| | ) | |
| WILLIAM F. DETTMAN, III, individually, and | ) | |
| as agent of DOORDASH, INC., | ) | |
| DOORDASH, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### SUMMONS

To the Defendant:     **Mr. William F. Dettman, III**
**1868 Samuelson Road, #2B**
**Portage, Indiana 46368**

YOU ARE SUMMONED and required to file an Answer in this case, or otherwise file your appearance in the office of the clerk of this court, located in the Richard J. Daley Center, Room * 801, Chicago, Illinois 60602, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS ATTACHED HERETO.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

7/1/2022 1:33 PM IRIS Y. MARTINEZ

WITNESS, _____,2022.

_____
IRIS MARTINEZ, Clerk of Court

Date of service: _____,2022.
(To be inserted by officer on copy left with defendant or other person)

Attorney No. 44667
Cary J. Wintroub & Associates, LLC
10 S. LaSalle Street, Suite 2424
Chicago, Illinois 60603
Tel:  (312) 726-1021
*Attorneys for Plaintiff*

**IRIS MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

FILED DATE: 7/1/2022 1:33 PM   2022L005922

Case 2:22-cv-00291-PRC document 1 filed 08/26/22 page 11 of 23

FILED
7/1/2022 1:33 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L005922
Calendar, A
18524630

FILED DATE: 7/1/2022 1:33 PM   2022L005922

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

PAMELA G. MALONEY,                          )
                                            )
       Plaintiff,                         )
                                            )
vs.                                         )          No.   **2022L005922**
                                            )
                                            )     Amount Claimed: In excess
WILLIAM F. DETTMAN, III, individually, and as agent  )     of $50,000.00, plus costs
of DOORDASH, INC., DOORDASH, INC.,          )
                                            )
       Defendants.                        )

## **COMPLAINT**

### **Count I**

### **PAMELA G. MALONEY v. WILLIAM F. DETTMAN, III, individually, and as agent of DOORDASH, INC.**

NOW COMES the Plaintiff, PAMELA G. MALONEY, by and through her attorneys, CARY J. WINTROUB & ASSOCIATES, who complains of the Defendant, WILLIAM F. DETTMAN, III, individually, and as agent of DOORDASH, INC., as follows:

1.     That on or about July, 17, 2020, the Plaintiff, PAMELA G. MALONEY owned and operated a motor vehicle traveling eastbound on US20, at or near its intersection with Burns Boulevard, in the City of Burns Harbor, County of Porter and State of Indiana.

2.     That on or about July 17, 2020, the Defendant, WILLIAM F. DETTMAN, III, owned and operated a motor vehicle traveling eastbound on US20, at or near its intersection with Burns Boulevard, in the City of Burns Harbor, County of Porter and State of Indiana.

3.     That at all times herein, the Defendant, WILLIAM F. DETTMAN, III, was an agent of Defendant, DOORDASH, INC.

FILED DATE: 7/1/2022 1:33 PM   2022L005922

4.      That at all times herein, the Defendant, DOORDASH, INC. operated an online food ordering and food delivery business in the City of Chicago, County of Cook and State of Illinois, among other locations.

5.      That at all times herein, the Defendant, WILLIAM F. DETTMAN, III, was acting within the course and scope of his agency with Defendant, DOORDASH, INC.

6.      That at all times material hereto, it was the duty of the Defendant, WILLIAM F. DETTMAN, III, individually, and as agent of Defendant, DOORDASH, INC., to exercise ordinary and reasonable care and caution for the safety of the Plaintiff, PAMELA G. MALONEY.

7.      That at the time and place aforesaid, as the Plaintiff, PAMELA G. MALONEY was waiting for traffic to clear before proceeding to make a left turn, the front of the Defendant, WILLIAM F. DETTMAN, III vehicle collided with the rear of the Plaintiff, PAMELA G. MALONEY's vehicle, with great force.

8.      That in violation of his duty, the Defendant, WILLIAM F. DETTMAN, III, individually, and as agent of Defendant, DOORDASH, INC., was careless and/or negligent in acting or failing to act in one or more of the following ways:

a)      Operated his vehicle without keeping a proper and sufficient lookout for other vehicles in and about the area, and more particularly, for the vehicle operated by the Plaintiff;

b)      Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions in the use of the way, or which endangered the safety of the Plaintiff, in violation of the provisions of 625 ILCS 5/11-601(a)

c)      Failed to decrease the speed of his vehicle so as to avoid colliding with another's vehicle, and more particularly with the vehicle operated by the Plaintiff, contrary to and in violation of the provisions of 625 ILCS 5/11-601(a);

d)      Followed the Plaintiff's vehicle more closely than was reasonable and prudent, having no regard for the speed of said vehicles and the condition of the traffic upon

the way, contrary to and in violation of the provisions of 625 ICLS 5/11-710(a);

e)      Failed to give audible warning with his horn of the approach of his vehicle, although such warning was necessary to insure the safe operation of his vehicle, contrary to and in violation of the provisions of 625 ILCS 5/12-601(a); and/or

f)      Failed to keep his vehicle under proper control and failed to stop, slow down or otherwise alter speed, movement or direction of said vehicle when danger of collision with another's vehicle was imminent.

8.      That as a direct and proximate result of one or more of the aforesaid careless and/or negligent acts and/or omissions on the part of the Defendant, WILLIAM F. DETTMAN, III, individually, and as agent of Defendant, DOORDASH, INC., the Plaintiff, PAMELA G. MALONEY suffered and will, in the future, suffer injuries of a personal, permanent, and pecuniary nature.

WHEREFORE, the Plaintiff, PAMELA G. MALONEY,  prays for the entry of judgment against the Defendant, WILLIAM F. DETTMAN, III, individually, and as agent of Defendant, DOORDASH, INC., in a sum in excess of FIFTY THOUSAND AND $00/100^{TH}$ ($50,000.00) DOLLARS, plus costs of this suit.

## Count II

### PAMELA G. MALONEY v. DOORDASH, INC.

NOW COMES the Plaintiff, PAMELA G. MALONEY, by and through her attorneys, CARY J. WINTROUB & ASSOCIATES, who complains of the Defendant, DOORDASH, INC., as follows:

1.      That on or about July 17, 2020, the Plaintiff, PAMELA G. MALONEY owned and operated a motor vehicle traveling eastbound on US20, at or near its intersection with Burns Boulevard, in the City of Burns Harbor, County of Porter and State of Indiana.

FILED DATE: 7/1/2022 1:33 PM   2022L005922

FILED DATE: 7/1/2022 1:33 PM   2022L005922

2.      That on or about July 17, 2020, the Defendant, WILLIAM F. DETTMAN, III, owned and operated a motor vehicle traveling eastbound on US20, at or near its intersection with Burns Boulevard, in the City of Burns Harbor, County of Porter and State of Indiana.

3.      That at all times herein, the Defendant, WILLIAM F. DETTMAN, III, was an agent of Defendant, DOORDASH, INC.

4.      That at all times herein, the Defendant, DOORDASH, INC. operated an online food ordering and food delivery business in the City of Chicago, County of Cook and State of Illinois, among other locations.

5.      That at all times herein, the Defendant, WILLIAM F. DETTMAN, III, was acting within the course and scope of his agency with Defendant, DOORDASH, INC.

6.      That at all times material hereto, it was the duty of the Defendant, DOORDASH, INC., by and through its agent, WILLIAM F. DETTMAN, III, to exercise ordinary and reasonable care and caution for the safety of the Plaintiff, PAMELA G. MALONEY.

7.      That at the time and place aforesaid, as the Plaintiff, PAMELA G. MALONEY was waiting for traffic to clear before proceeding to make a left turn, the front of Defendant, WILLIAM F. DETTMAN, III vehicle collided with the rear of the Plaintiff, PAMELA G. MALONEY's vehicle, with great force.

8.      That in violation of its duty, the Defendant, DOORDASH, INC., by and through its agent, WILLIAM F. DETTMAN, III, was careless and/or negligent in acting or failing to act in one or more of the following ways:

   a) Operated his vehicle without keeping a proper and sufficient lookout for other vehicles in and about the area, and more particularly, for the vehicle operated by the Plaintiff;

   b) Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions in the use of the way, or which endangered the safety of the

FILED DATE: 7/1/2022 1:33 PM   2022L005922

Plaintiff, in violation of the provisions of 625 ILCS 5/11-601(a)

   c) Failed to decrease the speed of his vehicle so as to avoid colliding with another's vehicle, and more particularly with the vehicle operated by the Plaintiff, contrary to and in violation of the provisions of 625 ILCS 5/11-601(a);

   d) Followed the Plaintiff's vehicle more closely than was reasonable and prudent, having no regard for the speed of said vehicles and the condition of the traffic upon the way, contrary to and in violation of the provisions of 625 ICLS 5/11-710(a);

   e) Failed to give audible warning with his horn of the approach of his vehicle, although such warning was necessary to insure the safe operation of his vehicle, contrary to and in violation of the provisions of 625 ILCS 5/12-601(a); and/or

   f) Failed to keep his vehicle under proper control and failed to stop, slow down or otherwise alter speed, movement or direction of said vehicle when danger of collision with another's vehicle was imminent.

   8.     That as a direct and proximate result of one or more of the aforesaid careless and/or negligent acts and/or omissions on the part of the Defendant, DOORDASH, INC., by and through its agent, WILLIAM F. DETTMAN, III, the Plaintiff, PAMELA G. MALONEY suffered and will, in the future, suffer injuries of a personal, permanent, and pecuniary nature.

    WHEREFORE, the Plaintiff, PAMELA G. MALONEY,  prays for the entry of judgment against the Defendant, DOORDASH, INC., in a sum in excess of FIFTY THOUSAND AND 00/100TH ($50,000.00) DOLLARS, plus costs of this suit.

CARY J. WINTROUB & ASSOCIATES
Attorneys for Plaintiff
10 S. LaSalle, Suite 2424
Chicago, Illinois 60603
312-726-1021
ATTY No. 44667
docs@cjwlaw.com

CARY J. WINTROUB & ASSOCIATES

By: _____
     Cary J. Wintroub

FILED DATE: 7/1/2022 1:33 PM   2022L005922

## AFFIDAVIT OF DAMAGES

## IN ACCORDANCE WITH SUPREME COURT RULE 222

The undersigned being first duly sworn upon oath, deposes and states that he is the attorney for the plaintiff in the above entitled cause of action seeking money damages, and states that this cause of action **DOES** exceed $50,000.00.

CARY J. WINTROUB & ASSOCIATES

By:_____
      Cary J. Wintroub

SUBSCRIBED and SWORN to before me

this _____1st_____ day of ___July___, 2022.

_____
Notary Public

OFFICIAL SEAL
**CINTHYA L ALEJANDREZ**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 12/11/2024

CARY J. WINTROUB & ASSOCIATES
Attorneys for Plaintiff
10 South LaSalle Street
Suite 2424
Chicago, Illinois 60603
(312) 726-1021
docs@cjwlaw.com

CIRCUIT COURT OF COOK COUNTY
LAW DIV. RM. 801,  DALEY CENTER.
 CHICAGO IL-60602


MALONEY PAMELA G.
10 S LASALLE STREET, SUITE 2424
CHICAGO
IL - 60603
cjw@cjwlaw.com

       NOTICE OF ZOOM CASE MANAGEMENT

CASE: 2022L005922 / PAMELA MALONEY-vs-WILLIAM DETTMAN, III,DOORDASH, INC.

This cause is scheduled for initial case management via Zoom
before Judge,  O'Hara, James N.  On Wednesday  August  31  2022 at 10:00 AM
      ** DO NOT APPEAR IN PERSON **
To access Zoom by video go to https://zoom.us/join then
enter the access code and password listed below.
ZOOM ACCESS CODE: 811 9576 3750   PASSWORD: 134562

To access Zoom by phone, call 312-626-6799 and then enter
the access code and password listed above.
For all questions or inability to access Zoom on the initial CMC
date, email: LAW.CALAcc@cookcountyil.gov or phone: (312) 603-4754
You cannot access Zoom until your scheduled hearing date.
All attorneys of record and self-represented litigants are
required to appear via Zoom and advise the court as to the status of the case.

CIRCUIT COURT OF COOK COUNTY
LAW DIV. RM. 801, DALEY CENTER.
 CHICAGO IL-60602


MALONEY PAMELA G.
10 S LASALLE STREET, SUITE 2424
CHICAGO
IL - 60603
cjw@cjwlaw.com

NOTICE OF ZOOM CASE MANAGEMENT

CASE: 2022L005922 / PAMELA MALONEY-vs-WILLIAM DETTMAN, III,DOORDASH, INC.

This cause is scheduled for initial case management via Zoom
before Judge, O'Hara, James N. On Wednesday August 31 2022 at 10:00 AM
         ** DO NOT APPEAR IN PERSON **
To access Zoom by video go to https://zoom.us/join then
enter the access code and password listed below.
ZOOM ACCESS CODE: 811 9576 3750  PASSWORD: 134562

To access Zoom by phone, call 312-626-6799 and then enter
the access code and password listed above.
For all questions or inability to access Zoom on the initial CMC
date, email: LAW.CALAcc@cookcountyil.gov or phone: (312) 603-4754
You cannot access Zoom until your scheduled hearing date.
All attorneys of record and self-represented litigants are
required to appear via Zoom and advise the court as to the status of the case.

CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM 2003 DALEY CTR.
CHICAGO, IL. 60602

DOORDASH, INC.
901 S 2ND STREET
SPRINGFIELD
IL - 62704
          NOTICE OF ZOOM CASE MANAGEMENT
CASE: 2022L005922 / PAMELA MALONEY-vs-WILLIAM DETTMAN, III,DOORDASH, INC.

This cause is scheduled for initial case management via Zoom

before Judge,  O'Hara, James N.  On Wednesday  August  31  2022 at 10:00 AM

          ** DO NOT APPEAR IN PERSON **

To access Zoom by video go to https://zoom.us/join then

enter the access code and password listed below.

ZOOM ACCESS CODE: 811 9576 3750   PASSWORD: 134562

To access Zoom by phone, call 312-626-6799 and then enter

the access code and password listed above.

For all questions or inability to access Zoom on the initial CMC

date, email: LAW.CALAcc@cookcountyil.gov or phone: (312) 603-4754

You cannot access Zoom until your scheduled hearing date.

All attorneys of record and self-represented litigants are

required to appear via Zoom and advise the court as to the status of the case.

CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM 2003 DALEY CTR.
CHICAGO, IL. 60602

DETTMAN WILLIAM
1868 SAMUELSON ROAD,, #2B
PORTAGE
IL - 46368
     NOTICE OF ZOOM CASE MANAGEMENT
CASE: 2022L005922 / PAMELA MALONEY-vs-WILLIAM DETTMAN, III,DOORDASH, INC.
This cause is scheduled for initial case management via Zoom
before Judge,  O'Hara, James N.  On Wednesday  August  31  2022 at 10:00 AM

     ** DO NOT APPEAR IN PERSON **
To access Zoom by video go to https://zoom.us/join then
enter the access code and password listed below.
ZOOM ACCESS CODE: 811 9576 3750   PASSWORD: 134562

To access Zoom by phone, call 312-626-6799 and then enter
the access code and password listed above.
For all questions or inability to access Zoom on the initial CMC
date, email: LAW.CALAcc@cookcountyil.gov or phone: (312) 603-4754
You cannot access Zoom until your scheduled hearing date.
All attorneys of record and self-represented litigants are
required to appear via Zoom and advise the court as to the status of the case.

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

PAMELA G. MALONEY          )
                               )
          Plaintiff,       )
                               )
          v.            )
                               )     Case No.
WILLIAM F. DETTMAN, III, individually )
and as agent of DOORDASH INC., and   )
DOORDASH INC.,               )
                               )
          Defendants.     )
                               )

### NOTICE OF CONSENT TO REMOVAL

Defendant, William F. Dettman, III, through its counsel, Brandon Stein of Thompson Hine LLP, provides notice and, pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, hereby consents to the removal the action filed as *Pamela G. Maloney v. William F. Dettman, III and DoorDash Inc.*, in the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois.

Respectfully submitted:

William F. Dettman, III, Defendant

By:   */s/ Brandon Stein*
     One of his Attorneys

Brandon Stein
Thompson Hine LLP
20 North Clark Street, Suite 3200
 Chicago, IL  60602-5093
O: 312.998.4253 | F: 312.998.4245
Brandon.Stein@ThompsonHine.com
*Attorney for Defendant William F. Dettman, III*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF REMOVAL** has been served via the Court's CM/ECF Service on this 25th day of August, 2022, as follows:

Cary J. Wintroub
Cary J. Wintroub & Associates
10 S. LaSalle, Suite 2424
Chicago, Illinois 60603
docs@cjwlaw.com

Brandon Stein
Thompson Hine LLP
20 North Clark Street, Suite 3200
Chicago, IL  60602-5093
O: 312.998.4253 | F: 312.998.4245
Brandon.Stein@ThompsonHine.com

*/s/ Timothy R. Herman*
Timothy R. Herman

6